IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TRANSAMERICA LIFE INSURANCE COMPANY,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:19-cv-415-CHW |
| | : | |
| **BERNO I. PETTERSSON JR.** and **MARTIE JANE ALBERT,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

On March 1, 2022, prior to the commencement of a scheduled bench trial, the parties announced that they had reached a settlement to resolve this interpleader action. Trial proceedings were accordingly terminated, and the parties were instructed to file paperwork necessary to memorialize a judgment reached pursuant to settlement and to authorize the disbursement of the disputed life insurance funds. No such document has been entered to date, and the disputed funds remain on deposit in the registry of the Court.

Parties Pettersson and Albert are therefore **ORDERED** to file a consent order or stipulation of settlement sufficient to allow the entry of judgment and disbursal of funds <u>within 21 days of the date of this order</u>.

**SO ORDERED**, this 4th day of April, 2022.

                                                    s/ Charles H. Weigle
                                                  Charles H. Weigle
                                                  United States Magistrate Judge