UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TRANSAMERICA LIFE INSURANCE COMPANY,** | : |
| **Plaintiff** | : |
| vs. | : Case No. 5:19-CV-415 (CHW) |
| **BERNO I. PETTERSON, JR, AND MARTIE JANE ALBERT,** | : |
| **Defendants.** | : |

# ORDER

The interested parties to this interpleader action, Berno I. Pettersson and Martie Jane Albert, have reached a private settlement agreement and have filed a Joint Motion for Disbursement of Funds. (Doc 52). That motion is hereby **GRANTED**, and the Clerk is directed to disburse from the registry of this court the sum of $100,000.00, plus accrued interest, minus any administrative fees due to the court, to the trust account of Sell & Melton LLP.

This case is dismissed with prejudice and the Clerk is further directed to enter judgment accordingly.

**SO ORDERED**, this 19th day of April, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge